✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     Nevada

Federal Housing Finance Agency, et al.

                            Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

V.

Nevada New Builds, LLC

Case Number:   2:16-cv-01188-GMN-CWH

                          Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that judgment has been entered in favor of the Plaintiffs, Federal Housing Finance Agency and Federal National Mortgage Association, and against the Defendant, Nevada New Builds, LLC.

March 6, 2017

Date

/s/ Debra K. Kempi

Clerk

/s/ Angela Reyes

(By) Deputy Clerk